7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* James Lamont Cook –ABOVE MED–
*Debtor*

*Bankruptcy Case No.*
13–40357–can13

**Raytown Lee's Summit, Community Credit Union**
  Plaintiff(s)

*Adversary Case No.*
13–04086–can

v.

**James Lamont Cook**
  Defendant(s)

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: the debt due and owing to Plaintiff by Defendant, James Lamont Cook, in the amount of $11301.07 is declared non−dischargeable. Execution is stayed as set forth in the Stipulation for Order and Judgemnt of Nondischargeability. No Interest shall accrue on the sum, unless Defendant fails to make a payment and in that event the interest shall accrue at the contract rate of 10.99% per annum. In the event Defendant fails to make the payments, Plaintiff may execute on the Judgment including interest and attorney fees.

Ann Thompson
Court Executive

By: /s/ Kristina D. Richardson
  Deputy Clerk



Date of issuance: 6/24/13

Court to serve